# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DONNA NEIGHBORS**, Administratrix of the
Estate of Joshua Wade Smith, deceased                                  **PLAINTIFF**

**v.**                    Case No. 2:18-cv-00081 KGB

**SHELTER MUTUAL
INSURANCE COMPANY**                                                             **DEFENDANT**

## ORDER

On August 13, 2019, the parties filed a joint stipulation of dismissal signed by counsel for both parties (Dkt. No. 44). Attached to the joint stipulation of dismissal is an order to compromise claim and to approve partial distribution demonstrating that the Probate Division of the Circuit Court of Phillips County, Arkansas, has approved a settlement between the parties and distribution of proceeds of that settlement (*Id.*, at 2-5). The parties request that the Court enter an Order dismissing with prejudice this case (*Id.*, at 1).

The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 44). This action is dismissed with prejudice.

It is so ordered this 15th day of August, 2019.

                                                      Kristine G. Baker
                                                      United States District Judge